UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-01600 |
| --- | --- | --- |
| Robert Wheeler, III | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## Order Approving Settlement and Release Agreement

This matter being heard on the motion of Peter N. Metrou, not individually but in his capacity as the trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Robert Wheeler, III (the "Debtor") to approve settlement among the Debtor, the Trustee and Sean Schaefer; due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:
1. The Motion is granted as set forth herein.
2. The Settlement Agreement, attached to the Motion as Exhibit 1, is approved. The Trustee is authorized to take all steps necessary to effectuate the Settlement Agreement.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 18, 2020

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com